UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
JAVIER NUNEZ,

                              Plaintiff,

        -against-                                                22 **CIVIL** 8416 (LTS)

                                                                   **JUDGMENT**

MARK SILBER; ELI SIBLER; NICOLE
FRASER; GUTMAN, MINTE, BAKER &
SONNENFELDT LLC,

                              Defendants.
-----------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated February 22, 2023, the Court has dismissed Plaintiff's complaint under the Rooker-Feldman doctrine, for lack of subject matter jurisdiction. See Fed. R. Civ. P. 12(h)(3). All other pending matters in this case are terminated. The Court warns Plaintiff that, should he persist in filing complaints that are determined to be duplicative, frivolous, or otherwise lacking in merit, the Court will order him to show cause why he should not be barred under 28 U.S.C. § 1651 from filing new actions IFP without prior permission from the Court. The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the order would not be taken in good faith, and therefore IFP status is denied for the purpose of an appeal. See Coppedge v. United States, 369 U.S. 438, 444-45 (1962); accordingly, the case is closed.

**Dated:**  New York, New York

      February 24, 2023

                                                                    **RUBY J. KRAJICK**

                                                                       _____
                                                                         **Clerk of Court**

                                    **BY:**      *K. Mango*

                                                                       _____
                                                                         **Deputy Clerk**